# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America v. **Anahi Miguel Renteria** DOB: 1996; United States | DOCKET NO. 21-03152MJ |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 18, 2021, in the District of Arizona, **Anahi Miguel Renteria**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Omar Perez-Macoto, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**COUNT 2 (Felony)** On or about July 18, 2021, in the District of Arizona, **Anahi Miguel Renteria**, knowing and in reckless disregard of the fact that certain illegal aliens, including Omar Perez-Macoto, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 18, 2021, in the District of Arizona (Sonoita), a United States Border Patrol Agent (BPA) was observing the traffic traveling eastbound from Nogales, Arizona towards Sonoita, Arizona. This is a common route traveled by smugglers who will pick up noncitizens or drugs. The BPA then saw a gold 2016 Chevrolet Malibu with only one visible occupant, but the vehicle seemed to be heavy laden. The rear tires were riding deep into the wheel well and the front of the vehicle appeared to be ridding higher than the rear. Through records checks, the BPA learned that the vehicle was registered to an address in Chandler. The vehicle pulled onto Ambrose Lane in Sonoita which is a commonly road used to circumvent the Border Patrol Checkpoint. The HWY-82 checkpoint was not operational at this time due to inclement weather, but it had stopped raining for a few hours and a potential load driver could not be sure if the checkpoint was closed or not. The BPA activated his emergency equipment and the vehicle stopped. The driver was identified as **Anahi Miguel Renteria** a U.S. Citizen. Per the BPA's request, **Renteria** rolled down the rear window and the BPA could immediately see there were four people that were ducking down. The BPA asked **Renteria** if there was anyone in the trunk and she said that did not know, she didn't see who got in the vehicle. The BPA found one person hiding in the trunk. There were five passengers in the vehicle, including one in the trunk. All five admitted they were in the U.S. illegally, including Omar Perez-Macoto.

Records checks revealed that Omar Perez-Macoto did not have the proper immigration documentation to enter or remain in the U.S. legally. Perez was previously removed from the U.S. on June 20, 2021.

In a post-*Miranda* statement, **Renteria** said she was recruited to pick up noncitizens near the border by an individual who she met through the Facebook social media. On today's date, **Renteria** was instructed to contact a second individual to coordinate the noncitizen smuggling event. She was told to drive to a location where one person got into the trunk. **Renteria** then traveled a short distance and four additional noncitizens got into the back seat. **Renteria** said that the smuggling coordinators kept sending updated locations through WhatsApp on where she was supposed to drive. **Renteria** admitted to being paid $500 USD per alien.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ril | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Leslie A. Bowman | DATE<br>July 19, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54